SHARON ROSE, Respondent, v CHRISTIAN J. HEIDORF et al., Appellants.

Submitted November 15, 2010; decided January 11, 2011

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the County Court entered in this proceeding commenced in Town Court (*see* NY

Const, art VI, § 3 [b]; CPLR 5602 [a]). Motion for a stay dismissed as academic.